UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------

Julian Schtierman,

      Plaintiff,

-vs-

Transportation Security, et. al.
      Defendants.

-----------------------------------

**ORDER**

Cv-05-2774(FB)(SMG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 29 2005 ★
BROOKLYN OFFICE

On September 16, 2005 the Court received notice that the defendant Delta Airlines in this action has filed for bankruptcy. Accordingly it is

    IT IS ORDERED that the case is administratively closed, subject to reopening on the application of any party if the bankruptcy proceeding is terminated without disposing of the claims asserted therein.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       September 28, 2005

CC.: Mark Koval, Esq.
    AUSA Kenneth Stahl
    Louis Martinez, Esq.